STEPHANIE D. THACKER  (304) 347-3516
United States Circuit Judge  Fax (304) 347-3517

November 25, 2019

LETTER TO THE PARTIES

    Re: *Marla Caplan v. Synergi Holdings, Inc., et al.*
          Civil No. 8:19-cv-01112-SDT

Dear Ms. Caplan, Mr. Brown, Ms. Nemec, Mr. Norwood, Mr. Chisholm, Mr. Scott, Mr. Witcher, Mr. McCullars, Synergi Holdings, Inc., and Synergi Partners, Inc.:

    I am in receipt of Plaintiff's Motion for Oral Argument filed on November 22, 2019 ("Motion"). Plaintiff requests oral argument on Defendants' Motion to Dismiss Pursuant to Rule 12(B)(2) and 12(B)(3) or Transfer Venue Pursuant to 28 U.S.C. § 1404(A). She seeks oral argument in the interest of expediency. As noted in Plaintiff's Motion, the Motion to Dismiss has been fully briefed by the parties. And, on September 6, 2019, this matter was transferred to me.

    I have been working expeditiously to resolve the Motion to Dismiss and expect to issue a Memorandum and Order ruling on the Motion to Dismiss by the end of December 2019 without the need for oral argument.

    Therefore, Plaintiff's Motion is **DENIED**.

    Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely,

Stephanie D. Thacker
United States Circuit Judge